IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

PAUL GOLDMAN,
    Plaintiff,

v.                                                             Civil No. 3:21-cv-420 (DJN)

RALPH NORTHAM, *et al.*,
    Defendants.

## ORDER
### (Granting Leave to Amend Complaint and Setting Deadlines for Renewal of Motion to Dismiss)

This matter comes before the Court on Plaintiff's Motion for Leave to File an Amended Complaint for Declaratory Judgment (ECF No. 16). For good cause shown, the Court hereby GRANTS Plaintiff's Motion (ECF No. 16). The Court will not grant any further amendments. Plaintiff's Amended Complaint (ECF No. 16-3) shall be deemed the operative complaint for this action. It is ORDERED that the Clerk shall docket Plaintiff's Amended Complaint (ECF No. 16-3), which is attached to Plaintiff's Motion (ECF No. 16), as Plaintiff's Amended Complaint.

Accordingly, the Court hereby DENIES WITHOUT PREJUDICE Defendants' Motion to Dismiss (ECF No. 12) as moot. Pursuant to Federal Rule of Civil Procedure 15(a)(3), Defendants shall have fourteen (14) days from the entry hereof to renew their Motion to Dismiss. Under Local Rule 7(K)(1), Plaintiff shall have twenty-one (21) calendar days to file a response, measured from the date of Defendants' filing. Defendants shall have six (6) calendar days to reply to Defendant's response. Local R. 7(F)(1).

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                                      /s/
                                                  David J. Novak
                                                  United States District Judge

Richmond, Virginia
Dated: September 9, 2021