IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

PAUL GOLDMAN,
    *Pro se* Plaintiff,

v.                                              Civil No. 3:21-cv-420 (DJN)

RALPH NORTHAM, *et al.*,
    Defendants.

## ORDER
### (Requiring Defendants to Submit Pleading)

This matter comes before the Court for scheduling purposes. The Court hereby SCHEDULES a hearing on Defendants' Motion to Dismiss the Second Amended Complaint ("Mot. to Dismiss" (ECF No. 23)) at 10 a.m. on October 12, 2021. The Court also hereby NOTIFIES the public and media that they will have the ability to view the hearing in Courtroom 5000, due to social distancing requirements.

Further, in his Second Amended Complaint, Plaintiff Paul Goldman ("Plaintiff") requests that the Court order Defendants to ensure that the Commonwealth of Virginia hold off-cycle elections for the House of Delegates during the November 2022 general election under a reapportionment plan consistent with the 2020 U.S. Census. (2d Am. Compl. at 13.) In their Memorandum in support of their Motion to Dismiss the Second Amended Complaint ("Defs.' Mem.") ECF No. 23), Defendants assert that they "have no authority to establish district plans . . . [and] have no statutory authority to schedule a general election." ("Def.'s Mem. at 1.)

Thus, the Court hereby ORDERS that by noon on October 8, 2021, Defendants must file a pleading in which they identify who in the government of Virginia has the authority to

2

establish district plans and set a general election, and, therefore, provide the relief that Plaintiff seeks.

      Let the Clerk file a copy of this Order electronically and notify all counsel of record.

      It is so ORDERED.

                                                                /s/
                                                David J. Novak
                                                United States District Judge

Richmond, Virginia
Dated: October 6, 2021