IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **Paul Goldman,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 3:21-CV-420 |
| | ) |
| **Ralph Northam, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**NOTICE OF APPEARANCE**

Please take note that Jessica Merry Samuels, Counsel to the Attorney General, hereby enters an appearance as counsel of record on behalf of Ralph Northam, in his official capacity as Governor of the Commonwealth of Virginia, the Virginia State Board of Elections, Robert H. Brink, John O'Bannon, and Jamilah D. LeCruise, in their official capacities as Chairman, Vice-Chairman, and Secretary, respectively, of the Virginia State Board of Elections, Christopher E. Piper, in his official capacity as Commissioner of the Virginia Department of Elections.[1]

---

[1] Plaintiff's Amended Complaint incorrectly state that Christopher Piper is the "Commissioner of the State Board of Elections." ECF No 18 at 1. No such position exists. Piper is the Commissioner of the Virginia *Department* of Elections.

Dated: October 8, 2021

Respectfully submitted,

RALPH NORTHAM
ROBERT H. BRINK
JOHN O'BANNON
JAMILAH D. LECRUISE
VIRGINIA STATE BOARD OF ELECTIONS
CHRISTOPHER E. PIPER

By:   */s/ Jessica Merry Samuels*
    Jessica Merry Samuels (VSB #89537)*
    *Counsel to the Attorney General*

| | |
|---|---|
| Mark R. Herring<br>  *Attorney General* | Calvin C. Brown (VSB #93192)*<br>  *Assistant Attorney General* |
| Erin B. Ashwell (VSB #79538)<br>  *Chief Deputy Attorney General* | Carol L. Lewis (VSB #92362)*<br>  *Assistant Attorney General* |
| Donald D. Anderson (VSB #22114)<br>  *Deputy Attorney General* | Brittany A. McGill (VSB #92401)*<br>  *Assistant Attorney General* |
| Heather Hays Lockerman (VSB #65535)<br>  *Senior Assistant Attorney General* | Office of the Attorney General<br>202 North Ninth Street<br>Richmond, Virginia 23219<br>(804) 786-6835 – Telephone<br>(804) 371-0200 – Facsimile<br>JSamuels@oag.state.va.us |

*\*Attorneys for Ralph Northam, Robert H. Brink, John O'Bannon, Jamilah D. LeCruise, and Christopher E. Piper, in their official capacities, and the Virginia State Board of Elections*

## **CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that on October 8, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. A true copy was also sent, via first class mail and electronically, to:

Paul Goldman
PO Box 17033
Richmond, VA 23226
*Pro se Plaintiff*

                                             */s/ Jessica Merry Samuels*
                                       Jessica Merry Samuels (VSB #89537)
                                                   *Counsel for Defendants*