IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

PAUL GOLDMAN

    Plaintiff,

v().   No. 3:21-cv-00420-DJN

RALPH NORTHAM, Governor of Virginia,
in his official capacity, et al.

    Defendants.

O R D E R

The Honorable David J. Novak has requested appointment of a three-judge district court in the above-captioned case, in which the plaintiff challenges the constitutionality of a statewide legislative apportionment scheme, arguing that the Virginia House of Delegates districts are malapportioned.

A district court of three judges is to be convened "when an action is filed challenging the constitutionality of the apportionment of congressional districts or the apportionment of any statewide legislative body." 28 U.S.C. § 2284(a). The chief judge of the circuit shall "designate two other judges, at least one of whom shall be a circuit judge," to serve as part of a three-judge court to hear and determine the action. 28 U.S.C. § 2284(b)(1).

NOW THEREFORE, I DO HEREBY DESIGNATE AND ASSIGN the Honorable Stephanie D. Thacker, United States Circuit Judge for the Fourth Circuit, and

the Honorable Raymond A. Jackson, United States District Judge for the Eastern District of Virginia, to sit with the Honorable David J. Novak, the three to constitute a district court of three judges to hear and determine this matter as provided by 28 U.S.C. § 2284.

This 12th day of October, 2021.

Roger L. Gregory
Chief Judge, U.S. Court of Appeals
for the Fourth Circuit